**United States Bankruptcy Court**
**District of Delaware**

In re Home Team Marketing, LLC            Case No.  19-12233-LSS
Debtor                                     Chapter   7

**VERIFICATION OF CREDITOR MATRIX**

I, the Authorized Agent of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 10/18/19

_____
Steven O'Neill/Authorized Agent
Signer/Title