**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:  HOME TEAM MARKETING, LLC | §<br>§<br>§<br>§ | Case No. 19-12233- LSS |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 10/15/2019. The undersigned trustee was appointed on 10/15/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of                $         289,340.09

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 108,531.88 |
| Administrative expenses | 120,297.27 |
| Bank service fees | 3,448.43 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 57,062.51 |

The remaining funds are available for distribution.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/20/2020 and the deadline for filing governmental claims was 04/12/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $17,717.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $17,209.98, for a total compensation of $17,209.98[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $107.48 for total expenses of $107.48[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/21/2022                           By: /s/ George  L. Miller
                                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:**  19-12233- LSS

**Case Name:**  HOME TEAM MARKETING, LLC

**For Period Ending:**  11/21/2022

**Trustee Name:**  (280160) George L. Miller

**Date Filed (f) or Converted (c):**  10/15/2019 (f)

**§ 341(a) Meeting Date:**  11/15/2019

**Claims Bar Date:**  02/20/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking  Account at PNC Bank. N.A. , xxxxxx8517 | 143,972.97 | 143,972.97 | | 143,872.23 | FA |
| 3 | Checking  Account at PNC Bank. N.A. , xxxxxx1597 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Money Market Account at PNC Bank. N.A. , xxxxxx4747 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | PNC Bank, N.A - Certificate of Deposit #9464 | 62,751.97 | 62,751.97 | | 62,751.97 | FA |
| 6 | Lease - 5 International Drive, Suite 120, Rye Brook, NY 10573 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Lease - 812 Huron Road East, Suite 205, Cleveland, OH 44115 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Intellectual Property<br>Net book value of debtor's interest:  $256,000.00;<br>Current value of debtor's interest:  $0.00 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Goodwill<br>Net book value of debtor's interest:  $1,398,000.00;<br>Current value of debtor's interest:  $0.00 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Refund - State of Texas Workforce Commission (u) | 3,878.10 | 3,878.10 | | 3,878.10 | FA |
| 11 | Preferences and Fraudulent Conveyances (u)<br>$482,085.47 = 90-day payments reported on the SOFA.<br>$946,493.27 = Transfers made during the preference period | 946,493.27 | 200,000.00 | | 73,000.00 | FA |
| 12 | Refund - Lincoln Financial Group (u) | 1,015.63 | 1,015.63 | | 1,015.63 | FA |
| 13 | Refund - The Hartford Insurance Acct #11622348 (u) | 3,269.08 | 3,269.08 | | 3,269.08 | FA |
| 14 | Checking  Account at PNC Bank. N.A. , xxxxxx6430 (u) | 28.06 | 28.06 | | 28.06 | FA |
| 15 | Refund - State of Ohio Unemployment Taxes (u) | 1,525.02 | 1,525.02 | | 1,525.02 | FA |
| **15** | **Assets Totals (Excluding unknown values)** | **$1,162,934.10** | **$416,440.83** | | **$289,340.09** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:**   19-12233- LSS

**Case Name:**    HOME TEAM MARKETING, LLC

**For Period Ending:**   11/21/2022

**Trustee Name:**    (280160) George L. Miller

**Date Filed (f) or Converted (c):**    10/15/2019 (f)

**§ 341(a) Meeting Date:**   11/15/2019

**Claims Bar Date:**   02/20/2020

**Major Activities Affecting Case Closing:**

12/31/2019:  Collection of bank accounts; Investigation of Accounts Receivable; Research of Chapter 5 claims.

12/31/2020:  Prosecution of Chapter 5 claims; Claims review.

12/31/2021: Prosecution of remaining Chapter 5 Claims; Review of claims.

**Initial Projected Date Of Final Report (TFR):**  10/31/2024

**Current Projected Date Of Final Report (TFR):**   11/21/2022 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 19-12233- LSS | |
| Case Name: | HOME TEAM MARKETING, LLC | |
| Taxpayer ID #: | **-***1613 | |
| For Period Ending: | 11/21/2022 | |

| | |
|---|---|
| Trustee Name: | George L. Miller (280160) |
| Bank Name: | Mechanics Bank |
| Account #: | ******3200 CHECKING |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/16/19 | {10} | Texas Comptroller of Public Accounts | Texas Workforce Commission Refund | 1224-000 | 3,878.10 | | 3,878.10 |
| 03/09/20 | | PNC Bank, N.A. | Incoming Wire:  Turnover of funds and payment of claims pursuant to Court Order dated 03/04/2020 [D.I. 34] | | 160,792.32 | | 164,670.42 |
| | {2} | PNC Bank, N.A. | Turnover of Funds from Account ending 8517          $143,872.23 | 1129-000 | | | |
| | {5} | PNC Bank, N.A. | Turnover of funds from account ending 9464          $62,751.97 | 1129-000 | | | |
| | | PNC Bank, National Association c/o Joan M. Wane, V.P. PNC Bank, National Association c/o Joan M. Wane, V.P. | Payment of Claim #42          -$42,903.55 | 4110-000 | | | |
| | | PNC Bank, National Association c/o Joan M. Wane, V.P. PNC Bank, National Association c/o Joan M. Wane, V.P. | Payment of Claim #43          -$2,928.33 | 4110-000 | | | |
| 03/11/20 | | 1100 King Associates, LLC | Wire Out Reversal: Payment of Claim per C.O. dated 3/04/20 [D.I. 34] | 4110-000 | | -62,700.00 | 227,370.42 |
| 03/11/20 | | 1100 King Associates, LLC | Payment of Claim per C.O. dated 3/04/20 [D.I. 34] | 4110-000 | | 62,700.00 | 164,670.42 |
| 03/11/20 | | 1100 King Associates, LLC | Payment of Claim per C.O. dated 3/04/20 [D.I. 34] | 4110-000 | | 62,700.00 | 101,970.42 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 81.49 | 101,888.93 |
| 04/24/20 | 100001 | R3 Services | Invoice #INV-3498 dated 10/01/2019 - cloud server storage fees | 2410-000 | | 4,697.00 | 97,191.93 |
| 04/24/20 | 100002 | R3 Services | Invoice #INV-3624 dated 04/14/2020 - Office365 email export; external hard drive | 2990-000 | | 3,327.49 | 93,864.44 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 162.85 | 93,701.59 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 146.48 | 93,555.11 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 159.50 | 93,395.61 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 154.25 | 93,241.36 |
| 08/13/20 | {12} | Lincoln Financial Group | Refund of Group Life and Disability Policy | 1229-000 | 1,015.63 | | 94,256.99 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 144.87 | 94,112.12 |
| 09/22/20 | {13} | The Hartford | Refund due to Final Audit; Acct #11622348 | 1229-000 | 3,269.08 | | 97,381.20 |
| 09/25/20 | {14} | PNC Bank | Turnover of funds from acct #6430 | 1229-000 | 28.06 | | 97,409.26 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 161.86 | 97,247.40 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 159.27 | 97,088.13 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 170.36 | 96,917.77 |

Page Subtotals:     **$168,983.19**     **$72,065.42**

{ } Asset Reference(s)          UST Form 101-7-TFR (5/1/2011)          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 2

| | | |
|---|---|---|
| Case No.: | 19-12233- LSS | |
| Case Name: | HOME TEAM MARKETING, LLC | |
| Taxpayer ID #: | **-***1613 | |
| For Period Ending: | 11/21/2022 | |

| | |
|---|---|
| Trustee Name: | George L. Miller (280160) |
| Bank Name: | Mechanics Bank |
| Account #: | ******3200 CHECKING |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/21/20 | 100003 | Cozen O'Connor | 1st Interim Fee Application pursuant to Court Order dated 12/09/2020 [D.I. 49] | | | 53,668.00 | 43,249.77 |
| | | Cozen O'Connor | Fees - 1st Interim $53,649.50 | 3210-000 | | | |
| | | Cozen O'Connor | Expenses - 1st Interim $18.50 | 3220-000 | | | |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 208.05 | 43,041.72 |
| 01/06/21 | 100004 | International Sureties, LTD. | 2021 Blanket Bond #016026389; Term:  01/01/2021 to 01/01/2022 | 2300-000 | | 66.68 | 42,975.04 |
| 01/29/21 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 81.33 | 42,893.71 |
| 02/26/21 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 78.37 | 42,815.34 |
| 03/16/21 | | Transfer Debit to TriState Capital Bank acct XXXXXX2990 | Transition Debit to TriState Capital Bank acct XXXXXX2990 | 9999-000 | | 42,815.34 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 168,983.19 | 168,983.19 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 42,815.34 | |
| Subtotal | 168,983.19 | 126,167.85 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $168,983.19 | $126,167.85 | |

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 19-12233- LSS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | HOME TEAM MARKETING, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1613 | Account #: | ******3201 PREFERENCE COLLECTIONS |
| For Period Ending: | 11/21/2022 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/20/20 | {11} | Repros, Inc | Pref. Sett. Prior to Adv. Filing pursuant to Court Order dated 12/09/2020 [D.I. 51] | 1241-000 | 8,000.00 | | 8,000.00 |
| 11/13/20 | {11} | Faegre Drinker Biddle & Reath LLP | Pref. Sett. Prior to Adv. Filing pursuant to Court Order dated 12/09/2020 [D.I. 51] | 1241-000 | 10,000.00 | | 18,000.00 |
| 12/14/20 | {11} | Varsity Spirit | Pref. Sett. Prior to Adv. Filing pursuant to Court Order dated 12/09/2020 [D.I. 51] | 1241-000 | 50,000.00 | | 68,000.00 |
| 12/21/20 | 110001 | Miller Coffey Tate LLP | 1st Interim Fee Application pursuant to Court Order dated 12/09/2020 [D.I. 53] | | | 58,496.95 | 9,503.05 |
| | | Miller Coffey Tate LLP | Fees - 1st Interim | 3310-000 | $58,047.75 | | |
| | | Miller Coffey Tate LLP | Expenses - 1st Interim | 3320-000 | $449.20 | | |
| 03/16/21 | | Transfer Debit to TriState Capital Bank acct XXXXXX3675 | Transition Debit to TriState Capital Bank acct XXXXXX3675 | 9999-000 | | 9,503.05 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | | 68,000.00 | 68,000.00 | $0.00 |
| | Less: Bank Transfers/CDs | | | | 0.00 | 9,503.05 | |
| | Subtotal | | | | 68,000.00 | 58,496.95 | |
| | Less: Payments to Debtors | | | | | 0.00 | |
| | NET Receipts / Disbursements | | | | $68,000.00 | $58,496.95 | |

## Form 2

**Cash Receipts And Disbursements Record**

Exhibit B

Page: 4

| Case No.: | 19-12233- LSS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | HOME TEAM MARKETING, LLC | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***1613 | Account #: | ******2990 CHECKING |
| For Period Ending: | 11/21/2022 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/16/21 | | Transfer Credit from Mechanics Bank acct XXXXXX3200 | Transition Credit from Mechanics Bank acct XXXXXX3200 | 9999-000 | 42,815.34 | | 42,815.34 |
| 03/31/21 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 92.23 | 42,723.11 |
| 04/30/21 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 83.70 | 42,639.41 |
| 05/28/21 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 77.99 | 42,561.42 |
| 06/30/21 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 91.78 | 42,469.64 |
| 07/30/21 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 83.29 | 42,386.35 |
| 08/31/21 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 88.70 | 42,297.65 |
| 09/30/21 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 83.02 | 42,214.63 |
| 10/29/21 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 80.12 | 42,134.51 |
| 11/29/21 | 200001 | International Sureties, LTD. | 2021 Bond Increase - Bond #016026389 | 2300-000 | | 7.08 | 42,127.43 |
| 11/30/21 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 88.27 | 42,039.16 |
| 12/31/21 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 85.36 | 41,953.80 |
| 01/25/22 | 200002 | International Sureties, LTD. | Blanket Bond Renewal #01626389 01/01/22 to 01/01/23 | 2300-000 | | 34.07 | 41,919.73 |
| 01/31/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 79.71 | 41,840.02 |
| 02/28/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 76.80 | 41,763.22 |
| 03/22/22 | {15} | Ohio Department of Job and Family Services | Refund - Overpayment of Unemployment taxes | 1224-000 | 1,525.02 | | 43,288.24 |
| 03/31/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 90.63 | 43,197.61 |
| 04/29/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 81.64 | 43,115.97 |
| 05/31/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 84.72 | 43,031.25 |
| 06/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 101.44 | 42,929.81 |
| 07/29/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 88.98 | 42,840.83 |
| 08/31/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 101.09 | 42,739.74 |
| 09/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 91.74 | 42,648.00 |
| 10/31/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 88.54 | 42,559.46 |
| 11/18/22 | | To Account #******2990 | Transfer funds from #3675 to #2990 | 9999-000 | 14,503.05 | | 57,062.51 |

Page Subtotals: $58,843.41    $1,780.90

{ } Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)                                        ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 19-12233- LSS |
|---|---|
| Case Name: | HOME TEAM MARKETING, LLC |
| Taxpayer ID #: | **-***1613 |
| For Period Ending: | 11/21/2022 |

| Trustee Name: | George L. Miller (280160) |
|---|---|
| Bank Name: | TriState Capital Bank |
| Account #: | ******2990 CHECKING |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 58,843.41 | 1,780.90 | $57,062.51 |
| | | Less: Bank Transfers/CDs | | | 57,318.39 | 0.00 | |
| | | Subtotal | | | 1,525.02 | 1,780.90 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $1,525.02 | $1,780.90 | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 6

| Case No.: | 19-12233- LSS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | HOME TEAM MARKETING, LLC | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***1613 | Account #: | ******3675 PREFERENCE COLLECTIONS |
| For Period Ending: | 11/21/2022 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/16/21 | | Transfer Credit from Mechanics Bank acct XXXXXX3201 | Transition Credit from Mechanics Bank acct XXXXXX3201 | 9999-000 | 9,503.05 | | 9,503.05 |
| 05/16/22 | {11} | The Ohio School Health Services Association | Pref. Sett. Adv. Pro. No. 21-51181 pursuant to Court Order dated 07/13/2022 [D.I. 68] | 1241-000 | 5,000.00 | | 14,503.05 |
| 11/18/22 | | To Account #******2990 | Transfer funds from #3675 to #2990 | 9999-000 | | 14,503.05 | 0.00 |

|  |  | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 14,503.05 | 14,503.05 | $0.00 |
| Less: Bank Transfers/CDs | | 9,503.05 | 14,503.05 | |
| Subtotal | | 5,000.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $5,000.00 | $0.00 | |

Exhibit B
Page:  7

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 19-12233- LSS | **Trustee Name:** | George L. Miller (280160) |
| **Case Name:** | HOME TEAM MARKETING, LLC | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***1613 | **Account #:** | ******3675 PREFERENCE COLLECTIONS |
| **For Period Ending:** | 11/21/2022 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $243,508.21 |
| Plus Gross Adjustments: | $45,831.88 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $289,340.09 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3200 CHECKING | $168,983.19 | $126,167.85 | $0.00 |
| ******3201 PREFERENCE COLLECTIONS | $68,000.00 | $58,496.95 | $0.00 |
| ******2990 CHECKING | $1,525.02 | $1,780.90 | $57,062.51 |
| ******3675 PREFERENCE COLLECTIONS | $5,000.00 | $0.00 | $0.00 |
| | **$243,508.21** | **$186,445.70** | **$57,062.51** |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

### Case: 19-12233- LSS HOME TEAM MARKETING, LLC

Claims Bar Date: 02/20/20

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 41 | PNC Bank, National Association c/o Joan M. Wane, V.P.<br>1900 East Ninth Street, LOC B7-YB13-22-8<br>Cleveland, OH 44114<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br><br>01/09/20 | | $62,700.00<br>$62,700.00 | $62,700.00 | $0.00 |
| | Doc. #36 \| 03/21/2020 \| Withdrawal of Claim.  Claim satisfied. | | | | | |
| 42 | PNC Bank, National Association c/o Joan M. Wane, V.P.<br>1900 East Ninth Street, LOC B7-YB13-22-8<br>Cleveland, OH 44114<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br><br>01/09/20 | | $42,903.55<br>$42,903.55 | $42,903.55 | $0.00 |
| | Doc. #37 \| 03/21/2020 \| Withdrawal of Claim.  Claim satisfied. | | | | | |
| 43 | PNC Bank, National Association c/o Joan M. Wane, V.P.<br>1900 East Ninth Street, LOC B7-YB13-22-8<br>Cleveland, OH 44114<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br><br>01/09/20 | | $2,928.33<br>$2,928.33 | $2,928.33 | $0.00 |
| | Doc. #38 \| 03/21/2020 \| Withdrawal of Claim.  Claim satisfied. | | | | | |
| COEXP | Cozen O'Connor<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE 19801<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br><br>12/21/20 | | $713.32<br>$713.32 | $18.50 | $694.82 |
| COFEE | Cozen O'Connor<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE 19801<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br><br>12/21/20 | | $81,652.00<br>$81,652.00 | $53,649.50 | $28,002.50 |

## Exhibit C

## Analysis of Claims Register

### Case: 19-12233- LSS HOME TEAM MARKETING, LLC

Claims Bar Date: 02/20/20

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | George L. Miller<br>1628 John F. Kennedy Blvd.<br>Suite 950<br>Philadelphia, PA 19103<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>06/20/22 | | $17,717.00<br>$17,717.00 | $0.00 | $17,717.00 |
| MCTEXP | Miller Coffey Tate LLP<br>1628 John F. Kennedy Blvd., Ste 950<br>Philadelphia, PA 19103<br><3320-000 Accountant for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>12/21/20 | | $612.94<br>$612.94 | $449.20 | $163.74 |
| MCTFEE | Miller Coffey Tate LLP<br>1628 John F. Kennedy Blvd., Ste 950<br>Philadelphia, PA 19103<br><3310-000 Accountant for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>12/21/20 | | $73,407.15<br>$73,407.15 | $58,047.75 | $15,359.40 |
| TE | George L. Miller<br>1628 John F. Kennedy Blvd.<br>Suite 950<br>Philadelphia, PA 19103<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>11/21/22 | | $110.65<br>$110.65 | $0.00 | $110.65 |
| | Internal Revenue Service - EFTPS - 940,<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority | | $0.00<br>$1,641.00 | $0.00 | $1,641.00 |
| | Internal Revenue Service - EFTPS - 941,<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority | | $0.00<br>$9,073.92 | $0.00 | $9,073.92 |
| | Internal Revenue Service - EFTPS - 941,<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority | | $0.00<br>$2,344.10 | $0.00 | $2,344.10 |

## Exhibit C

## Analysis of Claims Register

### Case: 19-12233- LSS HOME TEAM MARKETING, LLC

Claims Bar Date: 02/20/20

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Internal Revenue Service - EFTPS - 941, <5300-000 Wages - § 507(a)(4)> , 510 | Priority | | $0.00 $548.23 | $0.00 | $548.23 |
| | Internal Revenue Service - EFTPS - 941, <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority | | $0.00 $2,344.10 | $0.00 | $2,344.10 |
| | Internal Revenue Service - EFTPS - 941, <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority | | $0.00 $548.23 | $0.00 | $548.23 |
| 16 | Holly Wetzel 139 Main Street West Lake, OH 44145 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 12/02/19 | | $12,708.00 $8,685.91 | $0.00 | $8,685.91 |
| | Based upon Trustee's review, claims is an allowed priority wage claim. | | | | | |
| 17 | Vernon Lee Thompson III 7191 Hart Street Unit 110, 7191 Hart Street Mentor, OH 44060 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 12/02/19 | | $6,350.00 $4,340.22 | $0.00 | $4,340.22 |
| | Based upon Trustee's review, claims is an allowed priority wage claim. | | | | | |
| 27 | Maura McGrath 6266 St Francis Drive Seven Hills, OH 44131 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 12/10/19 | | $7,083.32 $4,841.44 | $0.00 | $4,841.44 |
| | Based upon Trustee's review, claims is an allowed priority wage claim. | | | | | |
| 29 | Robert A Brickley 315 West Creek Ct. Avon Lake, OH 44012 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 12/11/19 | | $11,666.66 $7,974.16 | $0.00 | $7,974.16 |
| | Based upon Trustee's review, claims is an allowed priority wage claim. | | | | | |

## Exhibit C

### Analysis of Claims Register

#### Case: 19-12233- LSS HOME TEAM MARKETING, LLC

Claims Bar Date: 02/20/20

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Montgomery Bell Academy<br>4001 Harding Rd<br>4001 Harding Rd<br>Nashville, TN 37205<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>10/21/19 | | $35,105.00<br>$35,105.00 | $0.00 | $35,105.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 2 | Struthers High School Attn: Nancy Knight<br>111 Euclid Ave<br>Struthers, OH 44471<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>11/25/19 | | $1,000.00<br>$1,000.00 | $0.00 | $1,000.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 3 | Herrin High School Attn: Mike Mooneyham<br>700 N 10th St.<br>Herrin, IL 62948<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>11/25/19 | | $1,000.00<br>$1,000.00 | $0.00 | $1,000.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 4 | Lancaster Catholic High School<br> Lancaster Catholic High School<br>650 Juliette Avenue<br>Lancaster, PA 17601<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>11/25/19 | | $1,500.00<br>$1,500.00 | $0.00 | $1,500.00 |
| | Based upon Trustee review, claim #12 is a duplicate of Claim #4, an allowed general unsecured claim of Lancaster Catholic High School.  Claim #4 is an allowed general unsecured claim. | | | | | |
| 5 | Chardon Local School district<br>428 North Street<br>Chardon, OH 44024<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>11/26/19 | | $3,305.50<br>$3,305.50 | $0.00 | $3,305.50 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 6 | Bishop Neumann High School Booster Club<br>202 South Linden<br>Wahoo, NE 68066<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>11/26/19 | | $1,000.00<br>$1,000.00 | $0.00 | $1,000.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |

## Exhibit C

## Analysis of Claims Register

### Case: 19-12233- LSS HOME TEAM MARKETING, LLC

Claims Bar Date: 02/20/20

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 7 | Liberty-Benton High School Attn: Nate Irwin<br>9190 CR 9<br>Findlay, OH 45840<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>11/26/19 | | $1,500.00<br>$1,500.00 | $0.00 | $1,500.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 8 | Prairie Central High School<br>411 N 7th St<br>411 N 7th St<br>Fairbury, IL 61739<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>11/26/19 | | $1,000.00<br>$1,000.00 | $0.00 | $1,000.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 9 | Tri-Point CUSD #6J (Tri-Point High School)<br>100 E. Van Alstyne St<br>Cullom, IL 60929<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>11/26/19 | | $1,000.00<br>$1,000.00 | $0.00 | $1,000.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 10 | PGS Print, Inc.<br>67 Mulcahy Boulevard<br>Rochester, NY 14624-4480<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>11/26/19 | | $7,643.00<br>$7,643.00 | $0.00 | $7,643.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 11 | Britten, Inc<br>2322 Cass Road<br>Traverse City, MI 49684<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>11/27/19 | | $30,320.78<br>$30,320.78 | $0.00 | $30,320.78 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 12 | Lancaster Catholic High School<br>Lancaster Catholic High School<br>650 Juliette Avenue<br>Lancaster, PA 17601<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>12/02/19 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**Exhibit C**

**Analysis of Claims Register**

**Case: 19-12233- LSS HOME TEAM MARKETING, LLC**

Claims Bar Date: 02/20/20

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Based upon Trustee review, claim #12 is a duplicate of Claim #4, an allowed general unsecured claim of Lancaster Catholic High School.  Claimed amount in claim #12 are included in claim #4.  The Trustee did not object because there will be no distribution to general unsecured creditors.  Claim #12 has been reduced to $0.00 so the claim amount is not overstated. | | | | | |
| 13 | Mountain View High School Attn: Lance Haas 2755 NE 27th St Bend, OR 97701 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/02/19 | | $600.00 $600.00 | $0.00 | $600.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 14 | Midlothian Independent School District attn: Jim Norris 100 Walter Stephenson Road Midlothian, TX 76065 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/02/19 | | $45,250.00 $45,250.00 | $0.00 | $45,250.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 15 | Maumee High School Attn: Pail Brotzki or Matt Szyndler 1147 Saco St. Maumee, OH 43537 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/02/19 | | $7,015.56 $7,015.56 | $0.00 | $7,015.56 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 18 | Jackson Local School District 7600 Fulton Dr NW Massillon, OH 44646-9350 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/03/19 | | $2,250.00 $2,250.00 | $0.00 | $2,250.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 19 | Gregory Wilkey 3953 N 1050 W Pleasant View, UT 84414 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/03/19 | | $800.00 $800.00 | $0.00 | $800.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim of Bountiful High School. | | | | | |

## Exhibit C

## Analysis of Claims Register

### Case: 19-12233- LSS HOME TEAM MARKETING, LLC

Claims Bar Date: 02/20/20

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 20 | Dwight High School Attn: Andrew Pittenger 801 S Franklin St Dwight, IL 60420 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/04/19 | | $1,000.00 $1,000.00 | $0.00 | $1,000.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 21 | Property Operations, LLC 812 Huron Road Cleveland, OH 44115 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/04/19 | | $29,684.17 $29,684.17 | $0.00 | $29,684.17 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 22 | Greendale High School Attn: Mark Pollex 6801 Southway Greendale, WI 53129 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/06/19 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 23 | Mayfield City Schools 1101 SOM Center Rd. Mayfield Heights, OH 44124-2006 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/06/19 | | $4,173.00 $4,173.00 | $0.00 | $4,173.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 24 | Phoenixville Area High School Attn: Matt Gionta 1200 Gay St Phoenixville, PA 19460 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/09/19 | | $2,800.00 $2,800.00 | $0.00 | $2,800.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 25 | Mulberry Grove High School Attn: Chad Nelson 801 W. Wall St Mulberry Grove, IL 62262 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/09/19 | | $1,000.00 $1,000.00 | $0.00 | $1,000.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |

## Exhibit C

## Analysis of Claims Register

### Case: 19-12233- LSS HOME TEAM MARKETING, LLC

Claims Bar Date: 02/20/20

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 26 | Big Time Jersey, LLC 11426 Moog Drive Saint Louis, MO 63146 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/09/19 | | $2,064.98 $2,064.98 | $0.00 | $2,064.98 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 28 | Kearney Catholic High School Attn: Rick Petri 110 E 35th St Kearney, NE 68847 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/11/19 | | $800.00 $800.00 | $0.00 | $800.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 30 | FedEx Corporate Services Inc. FedEx Express/Ground/Freight/Office 3965 Airways Blvd., Module G, 3rd Floor Memphis, TN 38116-5017 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/12/19 | | $15,944.24 $15,944.24 | $0.00 | $15,944.24 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 31 | Bowling Green City School 530 West Poe Rd Bowling Green, OH 43402-1299 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/13/19 | | $1,500.00 $1,500.00 | $0.00 | $1,500.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 32 | Walsh Jesuit High School Attn: Barb Salata 4550 Wyoga Lake Rd Cuyahoga Falls, OH 44224 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/18/19 | | $4,039.00 $4,039.00 | $0.00 | $4,039.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 33 | Mansfield Independent School District 302 W. Broad Street Attn. Thomas Fisher/MISD Mansfield, TX 76063 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/18/19 | | $93,796.40 $93,796.40 | $0.00 | $93,796.40 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |

# Exhibit C

## Analysis of Claims Register

### Case: 19-12233- LSS HOME TEAM MARKETING, LLC

Claims Bar Date: 02/20/20

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 34 | Granville Exempted Village Schools Athletic Depart 248 New Burg Street Granville, OH 43023 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/20/19 | | $1,500.00 $1,500.00 | $0.00 | $1,500.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 35 | Holdrege Public Schools 505 14th Ave PO Box 2002 Holdrege, NE 68949 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/23/19 | | $1,000.00 $1,000.00 | $0.00 | $1,000.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 36 | Padua Franciscan High School 6740 State Road Parma, OH 44134 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/27/19 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Based upon Trustee review, claim is a duplicate of Claim #37, allowed general unsecured claim of Padua Franciscan High School. The Trustee did not object because there will be no distribution to general unsecured creditors. Claim is reduced to $0.00 so the claim is not overstated. | | | | | |
| 37 | Padua Franciscan High School Attn: Athletic Director 6740 State Rd. Parma, OH 44134 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/27/19 | | $8,000.00 $8,000.00 | $0.00 | $8,000.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 38 | Northmont High School 4916 National Road Clayton, OH 45315 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/30/19 | | $1,500.00 $1,500.00 | $0.00 | $1,500.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim of Northmont High School. | | | | | |
| 39 | Innovation Academy Charter School Attn: Ann Cottle 72 Tyng Road Tyngsboro, MA 01879 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 01/07/20 | | $13,357.56 $13,357.56 | $0.00 | $13,357.56 |

# Exhibit C

## Analysis of Claims Register

### Case: 19-12233- LSS HOME TEAM MARKETING, LLC

Claims Bar Date: 02/20/20

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Based upon Trustee review, claim is an allowed unsecured claim. | | | | | |
| 40 | Carroll Independent School District c/o Scott Wrehe, CPA<br>2400 N. Carroll Avenue<br>Southlake, TX 76092<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>01/07/20 | | $40,849.65<br>$40,849.65 | $0.00 | $40,849.65 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 44 | Key Equipment Finance<br>PO Box 74713<br>Cleveland, OH 44194-0796<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>01/14/20 | | $15,540.07<br>$15,540.07 | $0.00 | $15,540.07 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 45 | Grapevine-Colleyville Independent School District<br>3051 Ira E Woods Ave<br>3051 Ira E Woods Ave<br>Grapevine, TX 76051<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>01/21/20 | | $24,162.00<br>$24,162.00 | $0.00 | $24,162.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 46 | Olentangy Liberty High School Attn: Darin Meeker<br>3584 Home Road<br>Powell, OH 43065<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>01/30/20 | | $1,300.00<br>$1,300.00 | $0.00 | $1,300.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 47 | Dublin City Schools Attn: Brian Kern, Treasurer/CFO<br>5175 Emerald Parkway<br>Dublin, OH 43017-1008<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>01/31/20 | | $3,823.00<br>$3,823.00 | $0.00 | $3,823.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |

# Exhibit C

## Analysis of Claims Register

### Case: 19-12233- LSS HOME TEAM MARKETING, LLC

Claims Bar Date: 02/20/20

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 48 | Willoughby South High School Bill Parkinson, Treasurer/CFO 35353 Curtis Blvd. Eastlake, OH 44095 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/03/20 | | $9,658.26 $9,658.26 | $0.00 | $9,658.26 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 49 | Varsity Spirit, LLC J. Scott Rose Jackson Walker LLP 112 E Pecan Street, Suite 2400 San Antonio, TX 78205 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/05/20 | | $1,707,614.25 $1,707,614.25 | $0.00 | $1,707,614.25 |
| | Claim is unliquidated and not supported by documentation.  Agreement not attached.  The Trustee did not object because there will be no distribution to general unsecured creditors. | | | | | |
| 50 | Waxahachie ISD 411 N. Gibson St. Waxahachie, TX 75165 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/07/20 | | $15,960.00 $15,960.00 | $0.00 | $15,960.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 51 | Northside Independent School District, <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/13/20 | | $78,486.66 $78,486.66 | $0.00 | $78,486.66 |
| | Claim is a duplicate of claim #19 in Home Team Holdings LLC (19-11231).  Claim disallowed in 19-12231 and allowed in this debtor. | | | | | |
| 52 | Eastlake North High School Bill Parkinson, Treasurer/CFO 35353 Curtis Blvd. Eastlake, OH 44095 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/14/20 | | $10,805.41 $10,805.41 | $0.00 | $10,805.41 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 53 | Ohio School Health Services Association Justin W. Ristau Bricker & Eckler LLP 100 S. Third Street Columbus, OH 43215 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/17/20 | | $77,683.65 $77,683.65 | $0.00 | $77,683.65 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |

# Exhibit C

## Analysis of Claims Register

### Case: 19-12233- LSS HOME TEAM MARKETING, LLC

Claims Bar Date: 02/20/20

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 54 | Eventbrite, Inc. Michael J. Merchant; Sarah E. Silveira Richards, Layton & Finger, P.A. 920 N. King St. Wilmington, DE 19801 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/17/20 | | $2,105,766.92 $2,105,766.92 | $0.00 | $2,105,766.92 |
| 55 | Parma City School DistrictValley Forge High Sch. BRINDZA MCINTYRE & SEED LLP 1111 SUPERIOR AVE., SUITE 1025 CLEVELAND, OH 44114 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/18/20 | | $500.00 $500.00 | $0.00 | $500.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 56 | Parma City School District BOE, Normandy High Sch. BRINDZA MCINTYRE & SEED c/o DAVID A ROSE, ESQ. 1111 SUPERIOR AVE., SUITE 1025 1111 SUPERIOR AVE., SUITE 1025 CLEVELAND, OH 44114 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/19/20 | | $1,300.00 $1,300.00 | $0.00 | $1,300.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 57 | Parma City School Dist. BOE, Parma Senior High Sch BRINDZA MCINTYRE & SEED c/o DAVID A ROSE, ESQ. 1111 SUPERIOR AVE., SUITE 1025 CLEVELAND, OH 44114 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/19/20 | | $500.00 $500.00 | $0.00 | $500.00 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 58 | Medina City School District Squire Patton Boggs c/o Emily Spivack 4900 Key Tower, 127 Public Square Cleveland, OH 44114 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/19/20 | | $49,308.40 $49,308.40 | $0.00 | $49,308.40 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |

# Exhibit C

## Analysis of Claims Register

### Case: 19-12233- LSS HOME TEAM MARKETING, LLC

Claims Bar Date: 02/20/20

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 59 | Strongsville City Schools Squire Patton Boggs c/o Emily Spivack 4900 Key Tower, 127 Public Square Cleveland, OH 44114 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/19/20 | | $10,554.36 $10,554.36 | $0.00 | $10,554.36 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 60 | Solon City School District Squire Patton Boggs c/o Emily Spivack 4900 Key Tower, 127 Public Square Cleveland, OH 44114 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/19/20 | | $12,831.10 $12,831.10 | $0.00 | $12,831.10 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 61 | Avon Lake Schools Squire Patton Boggs c/o Emily Spivack 4900 Key Tower, 127 Public Square Cleveland, OH 44114 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/20/20 | | $8,268.96 $8,268.96 | $0.00 | $8,268.96 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 62 | Avon Local School District c/o Ryan M. Gembala O'Toole, McLaughlin, Dooley & Pecora Co., LPA 5455 Detroit Road Sheffield Village, OH 44054 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/20/20 | | $13,633.65 $13,633.65 | $0.00 | $13,633.65 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |
| 63 | Howland Local School District Squire Patton Boggs c/o Emily Spivack 4900 Key Tower 127 Public Square Cleveland, OH 44114 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/20/20 | | $7,794.50 $7,794.50 | $0.00 | $7,794.50 |
| | Based upon Trustee review, claim is an allowed general unsecured claim. | | | | | |

Case Total: **$220,696.83**    **$4,623,179.45**

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 19-12233- LSS
Case Name: HOME TEAM MARKETING, LLC
Trustee Name: George L. Miller

**Balance on hand:**   $  57,062.51

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 41 | PNC Bank, National Association c/o Joan M. Wane, V.P. | 62,700.00 | 62,700.00 | 62,700.00 | 0.00 |
| 42 | PNC Bank, National Association c/o Joan M. Wane, V.P. | 42,903.55 | 42,903.55 | 42,903.55 | 0.00 |
| 43 | PNC Bank, National Association c/o Joan M. Wane, V.P. | 2,928.33 | 2,928.33 | 2,928.33 | 0.00 |

Total to be paid to secured creditors:   $  0.00
Remaining balance:   $  57,062.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - George L. Miller | 17,717.00 | 0.00 | 17,209.98 |
| Trustee, Expenses - George L. Miller | 110.65 | 0.00 | 107.48 |
| Accountant for Trustee, Fees - Miller Coffey Tate LLP | 73,407.15 | 58,047.75 | 13,258.65 |
| Accountant for Trustee, Expenses - Miller Coffey Tate LLP | 612.94 | 449.20 | 146.20 |
| Attorney for Trustee Fees (Other Firm) - Cozen O'Connor | 81,652.00 | 53,649.50 | 25,665.80 |
| Attorney for Trustee Expenses (Other Firm)  - Cozen O'Connor | 713.32 | 18.50 | 674.40 |

Total to be paid for chapter 7 administrative expenses:   $  57,062.51
Remaining balance:   $  0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $  0.00
Remaining balance:   $  0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $42,341.31 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | Holly Wetzel | 12,708.00 | 0.00 | 0.00 |
| 17 | Vernon Lee Thompson III | 6,350.00 | 0.00 | 0.00 |
| 27 | Maura McGrath | 7,083.32 | 0.00 | 0.00 |
| 29 | Robert A Brickley | 11,666.66 | 0.00 | 0.00 |
|  | Internal Revenue Service - EFTPS - 941 | 2,344.10 | 0.00 | 0.00 |
|  | Internal Revenue Service - EFTPS - 941 | 548.23 | 0.00 | 0.00 |
|  | Internal Revenue Service - EFTPS - 940 | 1,641.00 | 0.00 | 0.00 |

Total to be paid for priority claims:  $    0.00

Remaining balance:  $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,518,790.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Montgomery Bell Academy | 35,105.00 | 0.00 | 0.00 |
| 2 | Struthers High School Attn: Nancy Knight | 1,000.00 | 0.00 | 0.00 |
| 3 | Herrin High School Attn: Mike Mooneyham | 1,000.00 | 0.00 | 0.00 |
| 4 | Lancaster Catholic High School | 1,500.00 | 0.00 | 0.00 |
| 5 | Chardon Local School district | 3,305.50 | 0.00 | 0.00 |
| 6 | Bishop Neumann High School Booster Club | 1,000.00 | 0.00 | 0.00 |
| 7 | Liberty-Benton High School Attn: Nate Irwin | 1,500.00 | 0.00 | 0.00 |
| 8 | Prairie Central High School | 1,000.00 | 0.00 | 0.00 |
| 9 | Tri-Point CUSD #6J (Tri-Point High School) | 1,000.00 | 0.00 | 0.00 |
| 10 | PGS Print, Inc. | 7,643.00 | 0.00 | 0.00 |
| 11 | Britten, Inc | 30,320.78 | 0.00 | 0.00 |
| 12 | Lancaster Catholic High School | 0.00 | 0.00 | 0.00 |
| 13 | Mountain View High School Attn: Lance Haas | 600.00 | 0.00 | 0.00 |
| 14 | Midlothian Independent School District attn: Jim Norris | 45,250.00 | 0.00 | 0.00 |
| 15 | Maumee High School Attn: Pail Brotzki or Matt Szyndler | 7,015.56 | 0.00 | 0.00 |
| 18 | Jackson Local School District | 2,250.00 | 0.00 | 0.00 |
| 19 | Gregory Wilkey | 800.00 | 0.00 | 0.00 |
| 20 | Dwight High School Attn: Andrew Pittenger | 1,000.00 | 0.00 | 0.00 |
| 21 | Property Operations, LLC | 29,684.17 | 0.00 | 0.00 |
| 22 | Greendale High School Attn: Mark Pollex | 0.00 | 0.00 | 0.00 |
| 23 | Mayfield City Schools | 4,173.00 | 0.00 | 0.00 |
| 24 | Phoenixville Area High School Attn: Matt Gionta | 2,800.00 | 0.00 | 0.00 |
| 25 | Mulberry Grove High School Attn: Chad Nelson | 1,000.00 | 0.00 | 0.00 |
| 26 | Big Time Jersey, LLC | 2,064.98 | 0.00 | 0.00 |
| 28 | Kearney Catholic High School Attn: Rick Petri | 800.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 30 | FedEx Corporate Services Inc. FedEx Express/Ground/Freight/Office | 15,944.24 | 0.00 | 0.00 |
| 31 | Bowling Green City School | 1,500.00 | 0.00 | 0.00 |
| 32 | Walsh Jesuit High School Attn: Barb Salata | 4,039.00 | 0.00 | 0.00 |
| 33 | Mansfield Independent School District | 93,796.40 | 0.00 | 0.00 |
| 34 | Granville Exempted Village Schools Athletic Depart | 1,500.00 | 0.00 | 0.00 |
| 35 | Holdrege Public Schools | 1,000.00 | 0.00 | 0.00 |
| 36 | Padua Franciscan High School | 0.00 | 0.00 | 0.00 |
| 37 | Padua Franciscan High School Attn: Athletic Director | 8,000.00 | 0.00 | 0.00 |
| 38 | Northmont High School | 1,500.00 | 0.00 | 0.00 |
| 39 | Innovation Academy Charter School Attn: Ann Cottle | 13,357.56 | 0.00 | 0.00 |
| 40 | Carroll Independent School District c/o Scott Wrehe, CPA | 40,849.65 | 0.00 | 0.00 |
| 44 | Key Equipment Finance | 15,540.07 | 0.00 | 0.00 |
| 45 | Grapevine-Colleyville Independent School District | 24,162.00 | 0.00 | 0.00 |
| 46 | Olentangy Liberty High School Attn: Darin Meeker | 1,300.00 | 0.00 | 0.00 |
| 47 | Dublin City Schools Attn: Brian Kern, Treasurer/CFO | 3,823.00 | 0.00 | 0.00 |
| 48 | Willoughby South High School Bill Parkinson, Treasurer/CFO | 9,658.26 | 0.00 | 0.00 |
| 49 | Varsity Spirit, LLC J. Scott Rose Jackson Walker LLP | 1,707,614.25 | 0.00 | 0.00 |
| 50 | Waxahachie ISD | 15,960.00 | 0.00 | 0.00 |
| 51 | Northside Independent School District | 78,486.66 | 0.00 | 0.00 |
| 52 | Eastlake North High School Bill Parkinson, Treasurer/CFO | 10,805.41 | 0.00 | 0.00 |
| 53 | Ohio School Health Services Association Justin W. Ristau Bricker & Eckler LLP | 77,683.65 | 0.00 | 0.00 |
| 54 | Eventbrite, Inc. Michael J. Merchant; Sarah E. Silveira Richards, Layton & Finger, P.A. | 2,105,766.92 | 0.00 | 0.00 |
| 55 | Parma City School DistrictValley Forge High Sch. BRINDZA MCINTYRE & SEED LLP | 500.00 | 0.00 | 0.00 |
| 56 | Parma City School District BOE, Normandy High Sch. BRINDZA MCINTYRE & SEED c/o DAVID A ROSE, ESQ. | 1,300.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 57 | Parma City School Dist. BOE, Parma Senior High Sch BRINDZA MCINTYRE & SEED c/o DAVID A ROSE, ESQ. | 500.00 | 0.00 | 0.00 |
| 58 | Medina City School District Squire Patton Boggs c/o Emily Spivack | 49,308.40 | 0.00 | 0.00 |
| 59 | Strongsville City Schools Squire Patton Boggs c/o Emily Spivack | 10,554.36 | 0.00 | 0.00 |
| 60 | Solon City School District Squire Patton Boggs c/o Emily Spivack | 12,831.10 | 0.00 | 0.00 |
| 61 | Avon Lake Schools Squire Patton Boggs c/o Emily Spivack | 8,268.96 | 0.00 | 0.00 |
| 62 | Avon Local School District c/o Ryan M. Gembala O'Toole, McLaughlin, Dooley & Pecora Co., LPA | 13,633.65 | 0.00 | 0.00 |
| 63 | Howland Local School District Squire Patton Boggs c/o Emily Spivack | 7,794.50 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $_____0.00

Remaining balance: $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardily filed general unsecured claims: $_____0.00

Remaining balance: $_____0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

UST Form 101-7-TFR(5/1/2011)

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**