**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br>    **Home Team Marketing, LLC**<br><br><br><br>    **Debtor(s).** | **CHAPTER 7**<br><br><br>**CASE NO. 19-12233-LSS** |

### APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES

1. Applicant was appointed as Trustee of this Bankruptcy Estate on October 15, 2019.

2. Applicant has performed all duties of the Trustee as Prescribed by Section 704 of the Bankruptcy Code.

3. Applicant requests compensation in the amount of $17,717.00 for such services performed in accordance with Section 704 of the Bankruptcy Code.

4. Applicant certifies that the amount requested is not in excess of the limitations prescribed by Section 326 of the Bankruptcy Code.

5. Applicant requests reimbursement in the amount of $110.65 for actual and necessary expenses incurred during the administration of this Bankruptcy Estate.

6. COMPUTATION OF COMPENSATION

Total anticipated disbursements to parties in interest, EXCLUDING DISBURSEMENTS TO THE DEBTOR, are $289,340.09. Pursuant to Section 326 of the Bankruptcy Code, compensation is computed as follows:

(Percentages Used for Cases Filed 10/23/94)

| | | |
|---|---:|---:|
| 25% on 1st | 5,000.00 | 1,250.00 |
| 10% on next | 45,000.00 | 4,500.00 |
| 5% on next | 950,000.00 | 11,967.00 |
| 3% of balance over | 1,000,000.00 | 0.00 |
| Total Compensation | = $ | 17,717.00 |

7. TRUSTEE EXPENSE ITEMIZATION

| Description of Expense | Amount of Expense |
|---|---:|
| COPIES | $22.70 |
| MILEAGE | $52.33 |

| | |
|---|---:|
| PARKING | $22.00 |
| POSTAGE | $5.62 |
| TELEPHONE | $8.00 |
| TOTAL | $ 110.65 |

**WHEREFORE**, Applicant requests approval of the payment of compensation in the amount of $17,717.00 and reimbursement of expenses in the amount of $110.65.

Dated: November 21, 2022

_____
George L. Miller, Chapter 7 Trustee

## Trustee's Compensation

Debtor: Home Team Marketing, LLC                              CASE NO. 19-12233-LSS

| Computation of Compensation | | |
|---|---:|---:|
| Total disbursements to other than the debtor are: | | 289,340.09 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | |
| 25% of First $5,000 | 5,000.00= | 1,250.00 |
| 10% of next $45,000 | 45,000.00= | 4,500.00 |
| 5% of next $950,000 | 950,000.00= | 11,967.00 |
| 3% of Balance | 0.00= | 0.00 |
| | Calculated Total Compensation: | $17,717.00 |
| | Plus Adjustment: | $0.00 |
| | Total Compensation: | $17,717.00 |
| | Less Previously Paid: | 0.00 |
| | Total Compensation Requested: | $17,209.98 |

| Trustee Expenses | |
|---|---:|
| COPIES | $22.70 |
| MILEAGE | $52.33 |
| PARKING | $22.00 |
| POSTAGE | $5.62 |
| TELEPHONE | $8.00 |
| Subtotal Expenses: | 110.65 |
| Plus Adjustment: | $0.00 |
| Total Expenses: | $110.65 |
| Less Previously Paid: | $0.00 |
| Total Expenses Requested | $110.65 |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge and requests the United States Trustee approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purpose of distribution to claims, administrative expenses, and other payments stated in this report and account.

**WHEREFORE**, the Trustee requests that this application be approved by this court and that the Trustee be granted an allowance of $17,717.00 as compensation and $110.65 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated: November 21, 2022            Signed: _____
                                    George L. Miller, Chapter 7 Trustee
                                    1628 John F. Kennedy Blvd.
                                    Suite 950
                                    Philadelphia, PA 19103

# Time List

Page      1

| Employee | Date | Time | Client | Service Description |
|---|---|---|---|---|
| Timekeeper: George Miller | | | | |
| GLM | 10/17/2019 | 1.20 | HTH50 | Internet research on Debtor |
| GLM | 10/17/2019 | 0.10 | HTH50 | Telephone conference with W. Homony regarding new case |
| GLM | 10/17/2019 | 0.40 | HTH50 | Telephone conference with T. Lattomus regarding case status and banking |
| GLM | 10/17/2019 | 0.10 | HTH50 | Review and response to email T. Lattomus regarding bank assets |
| GLM | 10/17/2019 | 0.30 | HTH50 | Research of Article 9 sale |
| GLM | 10/17/2019 | 0.10 | HTH50 | Review of docket |
| GLM | 10/18/2019 | 0.30 | HTH50 | E-mail to T. Lattomus regarding 4 additional PNC Accounts and location of records |
| GLM | 10/18/2019 | 0.20 | HTH50 | Review of PNC demand letter and edit |
| GLM | 10/18/2019 | 0.10 | HTH50 | Review of amended petition |
| GLM | 10/21/2019 | 0.10 | HTH50 | Review and signing of Home Team Holdings demand letter |
| GLM | 10/21/2019 | 0.10 | HTH50 | Review and response to email L. Bowers regarding creditors' matrix |
| GLM | 10/23/2019 | 0.10 | HTH50 | E-mail to P. Deutch regarding mailing |
| GLM | 10/24/2019 | 0.20 | HTH50 | Telephone conference with Debtor counsel regarding schedules |
| GLM | 10/25/2019 | 0.20 | HTH50 | Review and response to email D. DeNeal regarding surrender of collateral |
| GLM | 10/29/2019 | 0.70 | HTH50 | Review of Surrender of Collateral and Consent to Foreclosure and analysis of terms |
| GLM | 10/31/2019 | 0.10 | HTH50 | E-mail to J. Carroll regarding surrender of collateral |
| GLM | 11/4/2019 | 1.80 | HTH50 | Review of schedules, SOFA and docket |
| GLM | 11/5/2019 | 0.20 | HTH50 | E-mail to D. DeNeal regarding control agents |
| GLM | 11/6/2019 | 0.70 | HTH50 | Telephone conference with D. DeNeal regarding security interest and collateral issues |
| GLM | 11/6/2019 | 0.20 | HTH50 | Telephone conference with J. Carroll regarding security interest and representation |
| GLM | 11/8/2019 | 0.30 | HTH50 | Telephone conference with J. Carroll regarding representation |
| GLM | 11/8/2019 | 0.40 | HTH50 | Review of D&O Policy |
| GLM | 11/8/2019 | 0.20 | HTH50 | Telephone conference with W. Homony regarding assets available and discussions with lender attorney |
| GLM | 11/8/2019 | 0.20 | HTH50 | E-mail to J. Carroll regarding lender offers and research |
| GLM | 11/8/2019 | 0.10 | HTH50 | Review and response to email J. Carroll regarding lender offer |

| Employee | Date | Time | Client | Service Description |
|---|---|---|---|---|
| GLM | 11/11/2019 | 0.20 | HTH50 | Review of proposal and E-mail to W. Homony regarding comments |
| GLM | 11/13/2019 | 1.70 | HTH50 | Review of documents, schedules in preparation for 341 meeting |
| GLM | 11/14/2019 | 0.40 | HTH50 | Telephone conference with J. Carroll regarding preparation for 341 meeting |
| GLM | 11/15/2019 | 1.60 | HTH50 | Travel time to 341 meeting |
| GLM | 11/15/2019 | 1.10 | HTH50 | 341 meeting |
| GLM | 11/15/2019 | 1.20 | HTH50 | Travel time to office from 341 meeting |
| GLM | 11/15/2019 | 0.10 | HTH50 | Telephone conference with J. Carroll regarding 341 meeting |
| GLM | 11/18/2019 | 0.10 | HTH50 | Review and response to email to J. Carroll regarding 401(k) |
| GLM | 11/21/2019 | 0.20 | HTH50 | Preparation of credit request |
| GLM | 11/26/2019 | 0.60 | HTH50 | Review of documents revised from S. O'Neill |
| GLM | 11/26/2019 | 0.30 | HTH50 | E-mail to B. Homony regarding payroll taxes and questions |
| GLM | 11/27/2019 | 0.20 | HTH50 | Preliminary review of claims register |
| GLM | 12/6/2019 | 0.40 | HTH50 | Review and approval of Motion to Employ Cozen & O'Connor. |
| GLM | 12/9/2019 | 0.10 | HTH50 | Telephone conference regarding representation |
| GLM | 12/13/2019 | 0.10 | HTH50 | Email to J. Carroll regarding landlord claim |
| GLM | 12/16/2019 | 0.20 | HTH50 | Preparation of cash receipt log for 12/16 |

Total: 2019
          16.90

| | | | | |
|---|---|---|---|---|
| GLM | 1/13/2020 | 0.30 | HTH50 | Review and edit of second draft of 2019 Trustee Interim Report |
| GLM | 1/13/2020 | 0.60 | HTH50 | Review of form 1 and forms 2; research of outstanding matter and preparation of first draft of Trustee Interim Report for 12/31/2019 |
| GLM | 1/20/2020 | 0.20 | HTH50 | Review of bank statements, bank reconciliation, forms 2 and canceled check endorsements for December 31, 2019 |
| GLM | 1/20/2020 | 0.30 | HTH50 | Telephone conference with S. O'Neill regarding AIR and preferences |
| GLM | 1/20/2020 | 0.10 | HTH50 | Telephone conference with W. Homony regarding PNC Bank |
| GLM | 1/21/2020 | 0.10 | HTH50 | Traced cash receipt to bank statement and Form 2 for December, 2019 receipts |
| GLM | 1/21/2020 | 0.20 | HTH50 | Telephone conference with W. Homony regarding PNC Bank secured debt |

| Employee | Date | Time | Client | Service Description |
|---|---|---|---|---|
| GLM | 1/21/2020 | 0.10 | HTH50 | E-mail to E. Scherling regarding b/s and checks |
| GLM | 1/22/2020 | 0.40 | HTH50 | Review and signing of PNC Bank stipulation |
| GLM | 1/31/2020 | 0.20 | HTH50 | Review and response to A. Kalaj regarding Hartford check |
| GLM | 1/31/2020 | 0.10 | HTH50 | E-mail to A. Kalaj regarding fax |
| GLM | 2/4/2020 | 0.10 | HTH50 | Review and response to email A. Kalaj regarding insurance |
| GLM | 2/4/2020 | 0.50 | HTH50 | Review of Insurance Policies |
| GLM | 2/4/2020 | 0.70 | HTH50 | Review of plan documents |
| GLM | 2/4/2020 | 0.20 | HTH50 | E-mail to C. Hurziker regarding Plan Termination approval |
| GLM | 2/4/2020 | 0.10 | HTH50 | E-mail to S. O'Neil regarding Plan Termination |
| GLM | 2/5/2020 | 0.20 | HTH50 | E-mail to C Hunziker regarding S. O'Neill responsibilities |
| GLM | 2/6/2020 | 0.10 | HTH50 | Telephone conference with W. Homony regarding secured lender proposal |
| GLM | 2/11/2020 | 0.40 | HTH50 | Research of prior year taxes for current year issues |
| GLM | 2/12/2020 | 0.20 | HTH50 | Review and response to email from H. McCollum regarding records and case status |
| GLM | 2/12/2020 | 0.50 | HTH50 | Accumulation of records |
| GLM | 2/12/2020 | 0.20 | HTH50 | E-mail to L. Mead regarding Plan Termination |
| GLM | 2/12/2020 | 0.10 | HTH50 | Telephone conference with J. Carroll regarding upcoming conference call and information needed |
| GLM | 2/12/2020 | 0.10 | HTH50 | Met with B. Homony regarding upcoming conference call and information needed |
| GLM | 2/12/2020 | 0.10 | HTH50 | Telephone conference with P. Hagerty regarding 401 (K) distribution |
| GLM | 2/12/2020 | 0.60 | HTH50 | Preparation of documents requested by OUST |
| GLM | 2/12/2020 | 0.30 | HTH50 | Telephone conference with H. McCollum of OUST regarding issues |
| GLM | 2/14/2020 | 0.10 | HTH50 | Review of bank statements, endorsements on canceled checks and bank reconciliations |
| GLM | 2/19/2020 | 1.10 | HTH50 | Review and response to numerous emails and work on the Plan Termination |
| GLM | 2/20/2020 | 0.40 | HTH50 | Review and response to numerous emails regarding Plan Termination |
| GLM | 2/20/2020 | 0.50 | HTH50 | Telephone conference with John Hancock regarding Plan Termination |
| GLM | 2/20/2020 | 0.30 | HTH50 | Review and approval of Termination Letter and Participant Pool |

| Employee | Date | Time | Client | Service Description |
| --- | --- | --- | --- | --- |
| GLM | 2/21/2020 | 1.40 | HTH50 | Work on Termination of 401 (K) |
| GLM | 2/21/2020 | 0.30 | HTH50 | Review and approval of 401 (K) Notification Letter |
| GLM | 2/21/2020 | 0.50 | HTH50 | Additional work on 401 (K) |
| GLM | 2/21/2020 | 0.70 | HTH50 | Conference call on 401 (K) |
| GLM | 2/24/2020 | 0.50 | HTH50 | Approval of cash Allocation distributions |
| GLM | 2/28/2020 | 0.10 | HTH50 | Review of request from H. McCollum |
| GLM | 2/28/2020 | 0.10 | HTH50 | Review and approval of withdrawal forms |
| GLM | 3/4/2020 | 0.10 | HTH50 | Review and response to email regarding JH Rollover form |
| GLM | 3/4/2020 | 0.20 | HTH50 | Review of Withdrawal status for 401(K) |
| GLM | 3/4/2020 | 0.10 | HTH50 | Review and response to email regarding J H rollover form |
| GLM | 3/6/2020 | 0.10 | HTH50 | Review of 401(K) status |
| GLM | 3/26/2020 | 0.40 | HTH50 | Review of draft complaint for record turnover |
| GLM | 3/27/2020 | 0.20 | HTH50 | Review of bank reconciliation, bank statements, canceled check endorsements and Form 2 reconciliation for February 29, 2020 |
| GLM | 3/30/2020 | 0.20 | HTH50 | Review of C. Hunzika email regarding pension distribution status |
| GLM | 3/30/2020 | 0.10 | HTH50 | Research of Hull and Connelly distribution problem |
| GLM | 3/30/2020 | 0.20 | HTH50 | Research of cut-off date for contract termination |
| GLM | 4/1/2020 | 0.20 | HTH50 | Traced wire transfer to bank statements, C/R and Form 2 |
| GLM | 4/8/2020 | 0.40 | HTH50 | Review of files and preparation of 3/31/20 Quarterly Review Report |
| GLM | 4/9/2020 | 0.30 | HTH50 | Review and response to numerous emails to S. O'Neill regarding case status, 401(K) |
| GLM | 4/9/2020 | 0.40 | HTH50 | Research of NYS Insurance Fund for potential insurance refund |
| GLM | 4/9/2020 | 0.30 | HTH50 | Telephone conference with W. Homony regarding problem with access to records, and taxes |
| GLM | 4/9/2020 | 0.20 | HTH50 | Telephone conference with S. O'Neill regarding problems with IT |
| GLM | 4/9/2020 | 0.10 | HTH50 | Telephone conference with W. Homony regarding S. O'Neill offer |
| GLM | 4/15/2020 | 0.50 | HTH50 | Work on encrypted file |
| GLM | 4/15/2020 | 1.00 | HTH50 | Review of 401(K) files and approval of distributions |

| Employee | Date | Time | Client | Service Description |
|---|---|---|---|---|
| GLM | 4/16/2020 | 0.10 | HTH50 | E-mail to Dexter Tshabalala regarding 401(K) |
| GLM | 4/16/2020 | 0.10 | HTH50 | Telephone conference with W. Homony regarding 401(K) Termination |
| GLM | 4/16/2020 | 0.20 | HTH50 | Review and response to numerous emails regarding Discontinuance of file |
| GLM | 4/23/2020 | 0.20 | HTH50 | Review and response to email from W. Homony regarding electronic storage issues |
| GLM | 4/23/2020 | 0.30 | HTH50 | Review of Form 2, canceled checks, endorsement bank statements and bank reconciliations for March, 2020 |
| GLM | 4/24/2020 | 0.30 | HTH50 | Review of March Admin expenses, approve bill, prepare checks |
| GLM | 4/27/2020 | 0.30 | HTH50 | Research of compliance with PNC Bank Stipulation |
| GLM | 5/12/2020 | 1.30 | HTH50 | Review of electronic data finally received |
| GLM | 5/13/2020 | 0.90 | HTH50 | Further review of electronic documents |
| GLM | 5/27/2020 | 0.30 | HTH50 | Preparation of or review of Bank Reconciliation, Bank Statement, verification of check endorsement and compare to Form 2 for April, 2020 |
| GLM | 6/19/2020 | 0.30 | HTH50 | Preparation of May 31, 2020 bank reconciliation agree to bank statements and Form 2, review endorsement on canceled checks |
| GLM | 6/23/2020 | 0.10 | HTH50 | Telephone conference with P. Agerty regarding claim |
| GLM | 7/29/2020 | 0.10 | HTH50 | Telephone conference with W. Homony regarding AIR issue |
| GLM | 7/30/2020 | 0.30 | HTH50 | Research and preparation of quarter review as of 6/30/2020 |
| GLM | 8/21/2020 | 0.20 | HTH50 | Review of July Bank Reconciliations, Bank Statements, and canceled checks for endorsement for July, 2020 |
| GLM | 9/2/2020 | 1.20 | HTH50 | Review of 2019 Federal Tax Returns and supporting W/P's |
| GLM | 9/11/2020 | 0.90 | HTH50 | Review of NY State Corporate Tax return and support |
| GLM | 9/11/2020 | 0.80 | HTH50 | Review of Illinois State Corporate Tax return and support |
| GLM | 9/11/2020 | 0.80 | HTH50 | Review of California State Corporate Tax return and support |
| GLM | 9/11/2020 | 0.60 | HTH50 | Review of Ohio State Corporate Tax return and support |
| GLM | 9/14/2020 | 0.10 | HTH50 | Met with W. Homony regarding Bay High School |
| GLM | 9/14/2020 | 0.10 | HTH50 | Telephone conference with Rhonda of PNC Bank regarding payment |
| GLM | 9/18/2020 | 0.20 | HTH50 | Review and response to email from D.Deneal Lyrica L HTH |
| GLM | 9/23/2020 | 0.10 | HTH50 | Review of lyrical preference |
| GLM | 9/25/2020 | 0.20 | HTH50 | Telephone conference with bah regarding Secured Lender offer |

| Employee | Date | Time | Client | Service Description |
|---|---|---|---|---|
| GLM | 9/28/2020 | 0.10 | HTH50 | Review and response to email from S. O'neill regarding tax returns |
| GLM | 9/29/2020 | 0.30 | HTH50 | Review of Bank Reconciliation, Forms 2 bank statements and check endorsement for August 2020 |
| GLM | 10/1/2020 | 0.30 | HTH50 | Research of information requested by S.O'Neill in preparation for response |
| GLM | 10/1/2020 | 0.20 | HTH50 | Review of Bag H.S preference status and demand |
| GLM | 10/1/2020 | 0.30 | HTH50 | Review of Covenant Day School preference analysis letter from K.Ford IV |
| GLM | 10/2/2020 | 0.40 | HTH50 | Review of Claims Register |
| GLM | 10/2/2020 | 0.40 | HTH50 | Telephone conference with J Carroll and W. Homony regarding AIR, Security Interests and Preferences |
| GLM | 10/9/2020 | 0.40 | HTH50 | Research and preparation of quarterly Review for 9/30/2020 |
| GLM | 10/9/2020 | 0.30 | HTH50 | Research of tax questions |
| GLM | 10/12/2020 | 0.20 | HTH50 | Trace of Cash Receipts Log to Form 2 and Bank Statements |
| GLM | 10/12/2020 | 0.10 | HTH50 | E-mail to J Carroll regarding K-1's |
| GLM | 10/15/2020 | 0.30 | HTH50 | Review of Repros performance Settlement Agreement and signing |
| GLM | 10/15/2020 | 0.30 | HTH50 | Review of 2019 tax return |
| GLM | 10/15/2020 | 0.10 | HTH50 | E-mail to W. Homony regarding Repro |
| GLM | 10/15/2020 | 0.20 | HTH50 | Telephone conference with W. Homony regarding settlement/secured lender |
| GLM | 10/15/2020 | 0.10 | HTH50 | Review of proposal for settlement |
| GLM | 10/16/2020 | 0.10 | HTH50 | Review of Bay High respond to demand |
| GLM | 10/20/2020 | 0.30 | HTH50 | Review of Repros Settlement Agreement |
| GLM | 10/28/2020 | 0.20 | HTH50 | Review of bank statements, canceled check endorsements and Form 2's as of 9/30/2020 |
| GLM | 10/28/2020 | 0.30 | HTH50 | Review of bank statements, canceled check endorsements and Form 2's as of 9/30/2020 |
| GLM | 10/30/2020 | 0.40 | HTH50 | Traced and agreed Receipts Log to bank statements and Form 2's for September 2020 |
| GLM | 11/2/2020 | 0.40 | HTH50 | Review and edit of Faegre Drinker Settlement Agreement |
| GLM | 11/19/2020 | 0.50 | HTH50 | Review of Varsity Spirit Settlement Agreement and signing |
| GLM | 11/25/2020 | 0.50 | HTH50 | Review and approval of Miller Coffey Tate first interim fee application |
| GLM | 11/25/2020 | 0.40 | HTH50 | Review and approval of CO first interim fee application |

| Employee | Date | Time | Client | Service Description |
|---|---|---|---|---|
| GLM | 11/30/2020 | 0.30 | HTH50 | Review of bank reconciliation, bank statements, canceled checks for endorsement and trace to Form 2 for October, 2020 |
| GLM | 12/1/2020 | 0.20 | HTH50 | Traced and acquired deposit on Receipts Log to Bank Statement and Form 2 |
| GLM | 12/1/2020 | 0.10 | HTH50 | Review of email from RSchepacarter regarding fees |
| GLM | 12/1/2020 | 0.30 | HTH50 | Telephone conference with W. Homony regarding Fee App |
| GLM | 12/1/2020 | 0.20 | HTH50 | Telephone conference with R.Schepacarter regarding Claims Review |
| GLM | 12/2/2020 | 0.10 | HTH50 | Review of J Carroll email to R.Schepacarter |
| GLM | 12/2/2020 | 0.10 | HTH50 | Review of correspondence on fees |
| GLM | 12/8/2020 | 0.30 | HTH50 | Review of draft Settlement Motion |
| GLM | 12/10/2020 | 0.10 | HTH50 | Preparation of W9 |
| GLM | 12/21/2020 | 0.40 | HTH50 | Review of administrative payments to trace to support and preparation of checks |
| GLM | 12/21/2020 | 0.40 | HTH50 | Review of administrative payments to trace to support and preparation of checks |
| GLM | 12/29/2020 | 0.40 | HTH50 | Review of Bank Reconciliation's, canceled checks, Endorsement and Bank Statements of 11/20/2020 |

Total: 2020
    38.00

| Employee | Date | Time | Client | Service Description |
|---|---|---|---|---|
| GLM | 1/6/2021 | 0.10 | HTH50 | Review of admin invoices for December and preparation of checks |
| GLM | 1/12/2021 | 0.60 | HTH50 | Review of 1st draft of Form 1 and Forms 2 for 12/31/2020 Trustee Interim Report |
| GLM | 1/22/2021 | 0.20 | HTH50 | Review of 2nd draft of Trustee Interim Report |
| GLM | 1/25/2021 | 0.30 | HTH50 | Review and edit of Preference Log |
| GLM | 2/25/2021 | 0.20 | HTH50 | Review if CoC for D+O Proceeds |
| GLM | 2/25/2021 | 0.40 | HTH50 | Review and approve of Texas Litigation Stipulation and E-mail to J Carroll |
| GLM | 2/26/2021 | 0.30 | HTH50 | Review of Bank Statement, Canceled Check Endorsement and Form 2 for January, 2021 |
| GLM | 3/2/2021 | 0.20 | HTH50 | Traced and agreed Receipts Log to Bank Statements and Forms 2 |
| GLM | 3/8/2021 | 0.80 | HTH50 | Review of 2020 Form 1065 and supporting W/P's |
| GLM | 3/15/2021 | 0.10 | HTH50 | E-mail to M. Silveira regarding Stipulation |
| GLM | 3/16/2021 | 0.50 | HTH50 | Review of Stipulation regarding D+O Policy for 2 Stipulations |

| Employee | Date | Time | Client | Service Description |
|---|---|---|---|---|
| GLM | 3/16/2021 | 0.10 | HTH50 | E-mail to E. Scherling regarding Stipulations |
| GLM | 3/16/2021 | 0.30 | HTH50 | Review of Preference Log Update |
| GLM | 3/17/2021 | 0.10 | HTH50 | Review of mail |
| GLM | 3/19/2021 | 0.20 | HTH50 | Review of Bank Statements, endorsement on canceled checks and Form 2 for 2/28/21 |
| GLM | 3/22/2021 | 0.20 | HTH50 | Review of Stipulation + Order on D+O |
| GLM | 4/20/2021 | 0.50 | HTH50 | Review of Mechanics Bank and TriState Bank, bank reconciliation for 3/21, Changed Banks in March |
| GLM | 4/30/2021 | 0.20 | HTH50 | Preparation of Quarterly Status Report |
| GLM | 5/19/2021 | 0.30 | HTH50 | Review of Bank Statements, Bank Reconciliation's endorsement to checks and Forms 2 for April 30, 2021 |
| GLM | 6/24/2021 | 0.30 | HTH50 | Review of Bank Statement, reconciliation, and trace to Form 2 for May 31, 2021, endorsement on canceled checks |
| GLM | 7/7/2021 | 0.30 | HTH50 | Research of case status and preparation of Quarterly Report for 6/30/21 |
| GLM | 7/28/2021 | 0.30 | HTH50 | Review of Bank Reconciliation, Bank Statement canceled checks and endorsements |
| GLM | 8/13/2021 | 0.20 | HTH50 | Review of Bank Reconciliation check endorsements for canceled checks, Form 2 and bank statement for 7/31/21 |
| GLM | 9/17/2021 | 0.20 | HTH50 | Review of 8/31/2021 Bank reconciliation, traced to Form 2 and Review of canceled checks for endorsement |
| GLM | 10/1/2021 | 0.20 | HTH50 | Research and preparation of quarterly status report |
| GLM | 10/1/2021 | 0.20 | HTH50 | E-mail to J Carroll regarding preference status |
| GLM | 10/11/2021 | 1.60 | HTH50 | Review and approval of preference complaints |
| GLM | 10/12/2021 | 0.10 | HTH50 | Review of pre trial notices |
| GLM | 10/27/2021 | 0.20 | HTH50 | Review September, 2021 Bank Reconciliation, Bank Statements and canceled check endorsements |
| GLM | 11/26/2021 | 0.20 | HTH50 | Review of bank statements, bank reconciliation, canceled check endorsements for October 2021 |
| GLM | 11/29/2021 | 0.10 | HTH50 | Preparation of insurance checks for bond payment |
| GLM | 11/30/2021 | 0.30 | HTH50 | Preparation of Illinois Dept of Employment Statement account |
| GLM | 12/21/2021 | 0.30 | HTH50 | Preparation of Bank Reconciliation for November 2021, trace to Bank statement, Form 2 and reconciliation of check endorsement |
| GLM | 12/21/2021 | 0.10 | HTH50 | Research and response to S.O'Neill regarding status |
| GLM | 12/27/2021 | 0.40 | HTH50 | Review and response to email from H.Wetzel regarding case status |

| Employee | Date | Time | Client | Service Description |
|---|---|---|---|---|
| Total: 2021 | | 10.60 | | |
| GLM | 1/2/2022 | 1.30 | HTH50 | Review and draft Trustee Interim Report's Form 1 and 2 and edit |
| GLM | 1/3/2022 | 0.30 | HTH50 | E-mail to L. Cromley regarding Trustee Interim Report edits |
| GLM | 1/10/2022 | 0.10 | HTH50 | Met with W. Homony regarding asset estimates |
| GLM | 1/10/2022 | 0.40 | HTH50 | Preparation of corrections in Stretto to Forms 1 and Forms 2 |
| GLM | 1/12/2022 | 0.20 | HTH50 | Letter to Ohio Dept of Job Services regarding credit balance |
| GLM | 1/18/2022 | 0.40 | HTH50 | Review of 3rd draft of Trustee Interim Report and edit |
| GLM | 1/18/2022 | 0.10 | HTH50 | Review and response to email regarding authorizing of Fedex dismissal |
| GLM | 1/20/2022 | 0.40 | HTH50 | Review of Bank Statement Reconciliation and endorsement on canceled checks |
| GLM | 1/24/2022 | 0.40 | HTH50 | Review and reconciliation of Preference Log to Forms 1 and 2 for disclosures |
| GLM | 2/2/2022 | 0.40 | HTH50 | Review and response to email from L. Cromley regarding Claims Review |
| GLM | 2/3/2022 | 2.30 | HTH50 | Further Review of claims for potential objection |
| GLM | 2/4/2022 | 1.70 | HTH50 | Completion of first Review of claims for possible objection |
| GLM | 2/4/2022 | 0.30 | HTH50 | Telephone conference with W. Homony regarding Eventbrite claim |
| GLM | 2/4/2022 | 0.20 | HTH50 | Telephone conference with L. Cromley regarding Trustee's Final Report preparation |
| GLM | 2/7/2022 | 0.20 | HTH50 | Telephone conference with J Carroll regarding results of Trustee's Claims Review |
| GLM | 2/23/2022 | 1.20 | HTH50 | Review of Form 1065 for the year ended 12/31/21 and supporting working papers for all Debtors |
| GLM | 2/25/2022 | 0.30 | HTH50 | Review bank statements, Form 2 and check endorsements on closed checks |
| GLM | 2/28/2022 | 0.40 | HTH50 | Review and response to email from E.Scherling regarding Ohio School Health Services settlement proposal |
| GLM | 3/4/2022 | 0.10 | HTH50 | Preparation of Form W9 |
| GLM | 3/9/2022 | 0.10 | HTH50 | E-mail to L. Cromley regarding W9 |
| GLM | 3/21/2022 | 0.50 | HTH50 | Review and signing of Settlement Agreement of Ohio School H.S |
| GLM | 3/21/2022 | 0.10 | HTH50 | E-mail to E.Scherling regarding Ohio School Health Services |
| GLM | 3/22/2022 | 0.30 | HTH50 | Review of Bank Reconciliation, traced to Bank Statement of check endorsements |

| Employee | Date | Time | Client | Service Description |
|---|---|---|---|---|
| GLM | 3/23/2022 | 0.30 | HTH50 | Preliminary Review of claims |
| GLM | 3/31/2022 | 0.20 | HTH50 | Research of File and preparation of last Quarter Status Report |
| GLM | 4/7/2022 | 0.10 | HTH50 | Review and response to email from E.Schuling regarding Ohio School Settlement |
| GLM | 4/18/2022 | 0.20 | HTH50 | Review of March bank reconciliation, endorsements on canceled checks and trace to Form 2 |
| GLM | 4/21/2022 | 0.10 | HTH50 | Review of claims register |
| GLM | 4/27/2022 | 0.10 | HTH50 | Review and response to email from E.Scherling regarding Ohio Health Services |
| GLM | 5/12/2022 | 0.20 | HTH50 | Traced and agreed deposit to Receipts Log, Bank statement and Form 2 |
| GLM | 5/17/2022 | 0.10 | HTH50 | Review and response to email regarding Ohio School Health preference |
| GLM | 5/19/2022 | 0.10 | HTH50 | Met with W. Homony regarding claims |
| GLM | 5/19/2022 | 0.10 | HTH50 | E-mail to J Carroll regarding status |
| GLM | 5/19/2022 | 0.20 | HTH50 | Final Review of claims |
| GLM | 5/19/2022 | 0.10 | HTH50 | Review and response to email from S.O'Neil regarding case status |
| GLM | 5/19/2022 | 0.10 | HTH50 | E-mail to J Carroll regarding final fee apps |
| GLM | 5/19/2022 | 0.10 | HTH50 | E-mail to S.O'Niel regarding Trustee's Final Report |
| GLM | 5/24/2022 | 1.40 | HTH50 | Review of Final Form 1065 and supporting working papers |
| GLM | 5/25/2022 | 0.30 | HTH50 | Review of bank reconciliations, bank statements and traced to checks cleared noting endorsement |
| GLM | 5/25/2022 | 1.40 | HTH50 | Review of final form 1065 and supporting working papers |
| GLM | 6/7/2022 | 0.10 | HTH50 | Telephone conference with J. Reynolds regarding 2021 tax return |
| GLM | 6/23/2022 | 0.30 | HTH50 | Review of bank statement, bank reconciliation, Form 2 and endorsement on canceled checks |
| GLM | 6/27/2022 | 0.20 | HTH50 | Traced and agreed cash receipts log to bank statement, Form 2 and supporting documents |
| GLM | 7/11/2022 | 0.20 | HTH50 | Review of final settlement with Ohio School Health |
| GLM | 7/20/2022 | 0.30 | HTH50 | Review of Form 2, bank statements and canceled checks for June, 2022 |
| GLM | 8/26/2022 | 0.20 | HTH50 | Review of Bank Statements, traced to Form 2 and bank reconciliation. Review canceled checks for endorsement |
| GLM | 9/13/2022 | 0.10 | HTH50 | Met with W. Homony regarding claims objections |
| GLM | 9/19/2022 | 0.20 | HTH50 | Review of bank reconciliation bank statement Form 2 and endorsement on cancelled checks |

| Employee | Date | Time | Client | Service Description |
|---|---|---|---|---|
| GLM | 10/11/2022 | 0.10 | HTH50 | Research and Review of case status and preparation of quarterly report |
| GLM | 10/14/2022 | 0.30 | HTH50 | Review of bank reconciliation and Form 2, Review endorsement on cancelled checks for propriety |
| GLM | 10/24/2022 | 0.10 | HTH50 | Review and response to email from S. O'Neill regarding case closing status |
| GLM | 10/28/2022 | 0.10 | HTH50 | Telephone conference with J Carroll regarding closing issues |
| GLM | 10/31/2022 | 0.10 | HTH50 | Met with L. Cromley regarding preferences |
| GLM | 11/7/2022 | 0.10 | HTH50 | Met with W. Homony regarding final open items |
| GLM | 11/9/2022 | 0.20 | HTH50 | Review of bank statement for errors, endorsements, and signatures |
| GLM | 11/17/2022 | 0.50 | HTH50 | Telephone conference with L. Cromley regarding Trustee's Final Report |
| GLM | 11/17/2022 | 0.50 | HTH50 | Review and approval of Miller Coffey Tate Fee Application |
| GLM | 11/21/2022 | 0.40 | HTH50 | Review and approval of final Trustee's Final Report |

_____  _____

Total: 2022
    20.80


_____  _____

Total: George Miller
    86.30

| Employee | Date | Time | Client | Service Description |
|---|---|---|---|---|
| Timekeeper: Louann M. Cromley | | | | |
| LMC | 10/18/2019 | 0.40 | HTH50 | Prepare demand letter for bank accounts regarding HTH and HTM. Prepare and email document request letter to debtors' attorney. |
| LMC | 10/18/2019 | 0.40 | HTH50 | Prepare demand letter for bank accounts regarding HTH and HTM. Prepare and email document request letter to debtors' attorney. |
| LMC | 11/5/2019 | 1.00 | HTH50 | Download files received from counsel. Copy for 341 Meeting. Prepare statements and schedules for 341 Meeting. |
| LMC | 11/7/2019 | 0.10 | HTH50 | Telephone conference with W. Homony regarding asset status. |
| LMC | 11/8/2019 | 0.20 | HTH50 | Review demand letter. Follow up on letter to PNC Bank. E-mail to W. Homony regarding phone number for PNC Bank. |
| LMC | 11/8/2019 | 0.30 | HTH50 | Telephone conference with PNC Bank regarding demand letter and access to online banking. Follow up with E-mail to Shelby Owusu-Dapaah of PNC Bank. |
| LMC | 11/11/2019 | 0.20 | HTH50 | Telephone conference with PNC Bank regarding release of funds and access to accounts. |
| LMC | 11/11/2019 | 0.10 | HTH50 | Review phone messages with C. Millman. |
| LMC | 11/14/2019 | 0.20 | HTH50 | Upload files to computer for 341 Meeting. |
| LMC | 11/15/2019 | 0.10 | HTH50 | E-mail to C. Millman regarding timeslips codes. |
| LMC | 11/22/2019 | 0.60 | HTH50 | Process and email refund request to Texas Workforce Commission. Telephone conference with Cheryl McNair from TWC regarding address update. Scan and email documents. |
| LMC | 12/16/2019 | 0.30 | HTH50 | Review and update assets. Prepare deposits. |

Total: 2019
      3.90

| | | | | |
|---|---|---|---|---|
| LMC | 1/16/2020 | 0.20 | HTH50 | Edit Form 1 for Trustee Interim Report. |
| LMC | 1/17/2020 | 0.10 | HTH50 | Review dates regarding (e)Trustee's Final Report date. |
| LMC | 1/30/2020 | 0.10 | HTH50 | Fax disbursement request to The Hartford. |
| LMC | 2/12/2020 | 0.30 | HTH50 | Transmit documents to H. McCollum. |
| LMC | 2/12/2020 | 0.20 | HTH50 | Retransmit documents to H. McCollum. |
| LMC | 3/10/2020 | 0.10 | HTH50 | Telephone conference with Stretto regarding outgoing wire. |
| LMC | 3/10/2020 | 0.30 | HTH50 | Record incoming wire. |
| LMC | 3/11/2020 | 0.50 | HTH50 | Prepare and transmit wire instructions. Review and response to email from banking center. |
| LMC | 4/22/2020 | 0.10 | HTH50 | Prepare form 2 for W. Homony. |

| Employee | Date | Time | Client | Service Description |
|---|---|---|---|---|
| LMC | 4/24/2020 | 0.20 | HTH50 | Prepare checks for storage costs. |
| LMC | 4/24/2020 | 0.10 | HTH50 | Copy, mail check. |
| LMC | 5/18/2020 | 0.10 | HTH50 | Prepare Form 2 for V Stott |
| LMC | 6/10/2020 | 0.10 | HTH50 | Prepare and submit change of address form |
| LMC | 8/13/2020 | 0.30 | HTH50 | Prepare deposit. |
| LMC | 9/21/2020 | 0.20 | HTH50 | Add assets for bank account turnover. Prepare deposit. |
| LMC | 9/22/2020 | 0.30 | HTH50 | Add asset. Process deposit. |
| LMC | 10/1/2020 | 0.10 | HTH50 | Prepare Form 2 for W. Homony. |
| LMC | 10/15/2020 | 0.20 | HTH50 | Review and print settlement agreement. |
| LMC | 10/20/2020 | 0.30 | HTH50 | Open new account. Prepare deposit, UPS label, and copies. |
| LMC | 11/13/2020 | 0.10 | HTH50 | Prepare deposit. |
| LMC | 11/13/2020 | 0.20 | HTH50 | Process deposit. |
| LMC | 12/9/2020 | 0.10 | HTH50 | Prepare Form 2 for W. Homony |
| LMC | 12/10/2020 | 0.10 | HTH50 | Prepare W-9 for G. Miller signature. |
| LMC | 12/10/2020 | 0.10 | HTH50 | Scan W-9 to W. Homony. |
| LMC | 12/15/2020 | 0.10 | HTH50 | Process deposits. |
| LMC | 12/15/2020 | 0.20 | HTH50 | Prepare deposit documentation for G. Miller review. |
| LMC | 12/21/2020 | 0.10 | HTH50 | E-mail to W. Homony regarding payment of fee apps. |
| LMC | 12/21/2020 | 0.40 | HTH50 | Prepare checks and disgorgement letters to Miller Coffey Tate and Cozen O'Connor. Update Professional Fee Worksheet. |

Total: 2020
    5.20

| Employee | Date | Time | Client | Service Description |
|---|---|---|---|---|
| LMC | 1/19/2021 | 0.40 | HTH50 | Edit Forms 1 and 2 for Trustee Interim Report |
| LMC | 1/20/2021 | 0.10 | HTH50 | Update Form 1. Print new Form 1. |
| LMC | 4/16/2021 | 0.10 | HTH50 | Review deposits for collections. Update Form 2 with Court Order approving settlements. |
| LMC | 9/29/2021 | 0.40 | HTH50 | Prepare checks to creditors regarding distribution. Update case information and Trustee's Final Report tracking worksheet. |

| Employee | Date | Time | Client | Service Description |
|---|---|---|---|---|
| Total: 2021 | | | | |
| | 1.00 | | | |
| LMC | 2/2/2022 | 0.30 | HTH50 | Prepare claims register for G. Miller Review. |
| LMC | 2/2/2022 | 0.10 | HTH50 | Email claims registers to G. Miller for Review |
| LMC | 2/3/2022 | 0.10 | HTH50 | Print claims registers for G. Miller review. |
| LMC | 3/9/2022 | 0.30 | HTH50 | Prepare and email W-9 to E. Scherling regarding settlement. |
| LMC | 3/22/2022 | 0.20 | HTH50 | Add asset.  Process deposit. |
| LMC | 3/23/2022 | 0.20 | HTH50 | Review and response to email from Banking center regarding check deposited on 03/23/2022 that needs to be mailed. |
| LMC | 4/7/2022 | 0.10 | HTH50 | Review and response to email from E. Scherling regarding Ohio School Health Services preference collection. |
| LMC | 4/14/2022 | 0.10 | HTH50 | Prepare bank statement reconciliations of all related cases. |
| LMC | 4/26/2022 | 0.10 | HTH50 | Review and response to email from E. Scherling regarding payment from Ohio School Health Services Association. |
| LMC | 5/16/2022 | 0.20 | HTH50 | Process deposit. |
| LMC | 5/17/2022 | 0.10 | HTH50 | E-mail to E. Scherling regarding collection from the Ohio School Health Services Association. |
| LMC | 5/19/2022 | 0.10 | HTH50 | Prepare form 2 for W. Homony |
| LMC | 6/20/2022 | 0.60 | HTH50 | Prepare claims for Trustee's Final Report. |
| LMC | 6/21/2022 | 0.50 | HTH50 | Edit  claims. |
| LMC | 6/21/2022 | 0.80 | HTH50 | Edit  claims. |
| LMC | 6/21/2022 | 0.10 | HTH50 | E-mail to Court regarding outstanding Court Fees. |
| LMC | 6/21/2022 | 0.30 | HTH50 | Match filed claims to scheduled claims. |
| LMC | 7/14/2022 | 0.10 | HTH50 | Update form 2 regarding order approving settlement. |
| LMC | 10/31/2022 | 0.50 | HTH50 | Review case for Trustee's Final Report closing.  Enter Trustee expenses. |
| LMC | 11/1/2022 | 0.10 | HTH50 | Review and response to email from S. Hughes. |
| LMC | 11/1/2022 | 0.20 | HTH50 | Update Miller Coffey Tate Final fees and expenses. |
| LMC | 11/8/2022 | 0.10 | HTH50 | E-mail to J Carroll regarding final fees and expenses. |
| LMC | 11/17/2022 | 0.10 | HTH50 | Review and response to email from J. Deeney regarding open adversary, 21-51181.  Confirm adversary is closed. |

| Employee | Date | Time | Client | Service Description |
|---|---|---|---|---|
| LMC | 11/17/2022 | 0.10 | HTH50 | Review and response to email from J. Deeney regarding fee app. |
| LMC | 11/17/2022 | 0.30 | HTH50 | Review case. Apply for EFTPS filing credentials. |
| LMC | 11/18/2022 | 0.20 | HTH50 | Review no asset case. Update records. |
| LMC | 11/18/2022 | 0.10 | HTH50 | Review and response to email from J. Deeney regarding final fees and expenses. |
| LMC | 11/18/2022 | 0.50 | HTH50 | Update claims. Prepare Trustee's Final Report for Trustee Review. Troubleshoot issue with running report. |
| LMC | 11/18/2022 | 0.20 | HTH50 | Review and update scheduled claims as needed. |
| LMC | 11/21/2022 | 0.40 | HTH50 | Print Trustee's Final Report for G. Miller Review and signature. Prepare Trustee Comp App. Print for Trustee Review and signature. |
| LMC | 11/21/2022 | 0.10 | HTH50 | E-mail to J. Reynolds regarding preference worksheet. |
| LMC | 11/21/2022 | 0.10 | HTH50 | Review and response to email from J. Reynolds. |
| LMC | 11/21/2022 | 0.10 | HTH50 | Scan documents for Trustee's Final Report submission. |
| LMC | 11/21/2022 | 0.10 | HTH50 | Review preference log totals with J. Reynolds and discuss variance. |
| LMC | 11/21/2022 | 0.20 | HTH50 | Prepare interim bank statements. |
| LMC | 11/21/2022 | 0.50 | HTH50 | Update expenses. Prepare updated Trustee Comp App and updated Trustee's Final Report. |

Total: 2022
        8.20

Total: Louann M. Cromley
        18.30

Grand Total
        104.60