**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE:**<br>    Home Team Marketing, LLC<br><br>    Debtor(s). | **CHAPTER 7**<br><br>**CASE NO. 19-12233-LSS**<br><br>RE: Docket No. _____ |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth is hereby **ORDERED.**

**AND NOW**, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $17,717.00 is reasonable compensation for the services in this case by George L. Miller, trustee; that such sum does not exceed the limitation prescribed by Section 326 of the Bankruptcy Code, that $110.65 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the Trustee.